1 | Margaret A. McLetchie
McLetchie Law
2 | 2700 N. Main St., Suite 420
Santa Ana, CA 92705
3 | T: (714) 232-8675
4 | E: maggie@nvlitigation.com
CA Bar No.: 223240
5 |
6 | Aurore DeCarlo
C.A. GOLDBERG, PLLC
7 | 16 Court Street, 33rd Floor
Brooklyn, NY 11241
8 | T: (646) 666-8908
E: carrie@cagoldberglaw.com
9 | NYS Bar No. 4096517
10 | (Pro hac vice)
*Attorneys for Plaintiff, Mollie Winninger*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER, an individual,<br><br>Plaintiff,<br>vs.<br><br>CASSIUS SCOTT, as an individual, KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Defendants. | Case. No.: 4:21-cv-04689-HSG<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME PURSUANT TO LR 6-2(A) ; ORDER**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr. |

**STIPULATION**

Pursuant to LR 6-2(a), this Stipulation is entered into by Plaintiff Mollie Winninger and Defendant Cassius Scott (collectively, the "Parties") seeking an order of the Court to modify the briefing schedule for Defendant Cassius Scott's Motion to Strike portions of Ms. Winninger's First Amended Complaint, filed on August 25, 2021 (ECF No. 16.) The Parties, through their respective counsel of record, stipulate as follows:

WHEREAS, on August 24, 2021, the Parties filed a Joint Stipulation for an extension of time for Defendant Cassius Scott to answer or respond to Ms. Winninger's First Amended Complaint to August 24, 2021;

WHEREAS, on August 24, 2021, Defendant Cassius Scott filed his Notice of Motion and Motion to Strike Portions of the First Amended Complaint Pursuant to FRCP 12(f);

WHEREAS, counsel for Ms. Winninger was out of the office between August 27, 2021, and September 7, 2021;

WHEREAS, the Parties respectfully request that the Court enter an order adjusting the briefing schedule for Defendant Cassius Scott's Motion to Strike Portions of the First Amended Complaint Pursuant to FRCP 12(f), as set forth herein;

WHEREAS, the requested adjustment would extend by ten (10) days the deadline for Ms. Winninger to file her opposition to the Motion and for Defendant Cassius Scott to file his reply;

WHEREAS, the requested adjustment would not substantially impact the over scheduling of this action, which was initiated on June 18, 2021;

WHEREAS, the requested adjustment is supported by the attached declaration of counsel;

WHEREAS, the Parties have agreed to the revised briefing schedule:

- Ms. Winninger to file her Opposition to the Motion on or before **September 17, 2021;**
- Scott to file a Reply in support of his Motion on or before **September 24,**

**2021**;

WHEREAS, the Stipulation will not alter the date of any event or any deadline already fixed by Court Order, but instead would simply call for adjusting the current hearing date for the Motion to a new hearing date as the Court may select in its discretion;

NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1. On or before September 17, 2021, Winninger will file a Response to the Motion; and
2. On or before September 24, 2021, Scott will file a Reply in support of the Motion.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 7, 2021.    **McLetchie Law**

By:    */s/ Margaret A. McLetchie*
       Margaret A. McLetchie, CA Bar No. 223240
       *Attorney for Plaintiff, Mollie Winninger*

**C. A. Goldberg, PLLC**

Dated: September 7, 2021.    By:    */s/ Aurore DeCarlo*
                                    Aurore DeCarlo, NYS Bar No. 4096517
                                    *Attorney for Plaintiff, Mollie Winninger*
                                    (Pro hac vice)

**HASSARD BONNINGTON LLP**

Dated: September 7, 2021.    By:    */s/ Julia Hansen-Arenas*
                                    James M. Goodman, CA Bar No. 65972
                                    J. Julia Hansen-Arenas, CA Bar No. 225697
                                    *Attorneys for Defendant, Cassius Scott, M.D.*

**FILER'S ATTESTATION OF CONCURRENCE**

I, Aurore C. DeCarlo attest that I am counsel for Plaintiff Mollie Winninger. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: September 8, 2021                    /s/ Aurore DeCarlo
                                            Aurore DeCarlo NYS Bar No. 4096517
                                            *Attorney for Plaintiff, Mollie Winninger*
                                            (Pro hac vice)

# DECLARATION OF AURORE DECARLO IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CHANGING TIME

I, Aurore DeCarlo, declare:

1.  I am an active member in good standing of the bar of New York, and have been admitted by this Court to practice *pro hac vice* in the Northern District of California to represent Plaintiff Mollie Winninger in the instant matter. (*See* ECF No. 15.)

2.  On August 24, 2021, Defendant Cassius Scott filed his Notice of Motion and Motion to Strike Portions of the First Amended Complaint Pursuant to FRCP 12(f) (ECF No. 16) pursuant to a written stipulation entered into by the Parties. (ECF No. 16-1.)

3.  The requested adjustment to the briefing schedule for Defendant's motion is necessary due to summer travel, as counsel for Plaintiff was out of the office with limited internet access from August 23, 2021, to September 7, 2021.

4.  The requested adjustment to the briefing schedule would extend Plaintiff's deadline for responding to Defendant's Motion from September 7, 2021, to September 17, 2021, and Defendant's deadline for filing a Reply in support of his Motion to September 24, 2021.

5.  The requested adjustment will not alter the date of any event or deadline already fixed by this Court. Instead, it would simply call for adjusting the current hearing date for the Motion to a new hearing date as the Court may select in its discretion.

I declare under the penalty of perjury that the facts contained in this declaration are true and correct.

Executed on September 8, 2021, in Brooklyn, New York.

*/s/ Aurore DeCarlo*
Aurore DeCarlo NYS Bar No. 4096517
*Attorney for Plaintiff, Mollie Winninger*
(Pro hac vice)

5

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/9/2021

*/s/ Haywood S. Gilliam, Jr.*
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

6