UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER,<br><br>  Plaintiff,<br><br>  v.<br><br>CASSIUS SCOTT, et al.,<br><br>  Defendants. | Case No. 21-cv-04689-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on February 8, 2022. Having considered the parties' proposals, *see* Dkt. No. 47, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | May 20, 2022 |
| Exchange of Opening Expert Reports | July 29, 2022 |
| Exchange of Rebuttal Expert Reports | August 12, 2022 |
| Close of Expert Discovery | August 30, 2022 |
| Dispositive Motion Hearing Deadline | August 18, 2022, at 2:00 p.m. |
| Pretrial Conference | October 18, 2022, at 3:00 p.m. |
| Jury Trial (5 days) | November 7, 2022, at 8:30 a.m. |

//
//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good

2 cause.  The parties are directed to review and comply with this Court's standing orders.  This

3 terminates Dkt. No. 47.

4    **IT IS SO ORDERED.**

5 Dated: 2/16/2022

*[signature]*

HAYWOOD S. GILLIAM, JR.
United States District Judge