JASON J. CURLIANO [SBN 167509]
ONDREJ LIKAR [SBN 260199]
SYDNEY P. BRANNON [SBN 326845]
BUTY & CURLIANO LLP
516 - 16th Street
Oakland, CA 94612
Tel:   510.267.3000
Fax:   510.267.0117
Email: jcurliano@butycurliano.com
       olikar@butycurliano.com
       sbrannon@butycurliano.com

Attorneys for Defendants:
KAISER FOUNDATION HOSPITALS and
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER, an individual, | Case No.: 4:21-CV-04689-HSG |
| Plaintiff, | |
| v. | **ALL PARTIES' STIPULATION TO CONTINUE MEDIATION DEADLINE; ORDER** |
| CASSIUS SCOTT, as an individual, KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC., | |
| Defendants. | |

1

**ALL PARTIES' STIPULATION TO CONTINUE MEDIATION DEADLINE; AND ORDER**

WHEREAS the parties previously stipulated to resolve this matter through private ADR;

WHEREAS this Court previously ordered the parties to complete mediation by March 1, 2022;

WHEREAS this Court recently continued several discovery and litigation deadlines and the trial date in its order dated February 16, 2022;

WHEREAS the parties believe there is similar good reason to continue the mediation deadline to allow the parties to complete the necessary discovery;

The parties therefore stipulate and ask this Court to continue the deadline to attempt to resolve this matter through mediation from March 1, 2022 to May 6, 2022.

**IT IS SO STIPULATED.**

DATED: February 17, 2022        BUTY & CURLIANO LLP

By:     /S/ *Ondrej Likar*
    JASON J. CURLIANO
    ONDREJ LIKAR
    Attorneys for Defendants:
    KAISER FOUNDATION HOSPITALS and
    THE PERMANENTE MEDICAL GROUP, INC.

DATED:   February 17, 2022        HASSARD BONNINGTON LLP

By:    /S/ *J. Hansen-Arenas* [authorized 2/17/22]
    JAMES GOODMAN
    J. JULIA HANSEN-ARENAS
    Attorneys for Defendant:
    CASSIUS SCOTT, M.D.

DATED:   February 17, 2022        MCLETCHIE LAW

By:     /S/ *M. McLetchie* [authorized 2/17/22]
    MARGARET MCLETCHIE
    Attorneys for Plaintiff:
    MOLLIE WINNINGER

DATED:   February 17, 2022        C.A. GOLDBERG, PLLC

By:    /S/ *A. DeCarlo* [authorized 2/17/22]
    AURORE DECARLO
    Attorneys for Plaintiff:
    MOLLIE WINNINGER

**ALL PARTIES' STIPULATION TO CONTINUE MEDIATION DEADLINE; AND ORDER**

**ORDER**

Pursuant to the parties' stipulation, the new deadline to attempt to resolve this matter through mediation is May 6, 2022.

**IT IS SO ORDERED.**

Dated: February 18, 2022

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge