JASON J. CURLIANO [SBN 167509]
ONDREJ LIKAR [SBN 260199]
VLADIMIR ANDRICH [SBN 336227]
BUTY & CURLIANO LLP
516 - 16th Street
Oakland, CA  94612
Tel:    510.267.3000
Fax:    510.267.0117
Email: jcurliano@butycurliano.com
           olikar@butycurliano.com
           vandrich@butycurliano.com

Attorneys for Defendants:
KAISER FOUNDATION HOSPITALS and
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CASSIUS SCOTT, as an individual, KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>    Defendants. | Case No.: 4:21-CV-04689-HSG<br><br>**ALL PARTIES' STIPULATION TO ADVANCE THE DATE OF HEARING ON KAISER FOUNDATION HOSPITALS' AND THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO COMPEL ARBITRATION; AND ORDER** |

Pursuant to Northern District Civil Local Rule No. 7-11, the parties file this stipulation seeking to advance the hearing on Kaiser Foundation Hospitals' and The Permanente Medical Group, Inc.'s (hereinafter, "Kaiser Defendants") motion to compel arbitration of plaintiff's claims. The Kaiser Defendants filed this motion on February 10, 2022, and it was scheduled to be heard on June 9, 2022, which was the earliest date available.  The motion could not be filed until February because it required information and a declaration from Partnership HealthPlan of California, which

1
**ALL PARTIES' STIPULATION TO ADVANCE THE DATE OF HEARING ON KAISER FOUNDATION HOSPITALS' AND THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO COMPEL ARBITRATION; AND ORDER**

BUTY & CURLIANO LLP
516 16TH ST.
OAKLAND CA 94612
510.267-3000

is a third-party that administered plaintiff's enrollment into her Kaiser Permanente health insurance coverage. Information about how plaintiff enrolled through this third-party and what information was provided to her was needed for the motion. Kaiser Defendant's counsel and plaintiff's counsel also engaged in lengthy meet and confer discussions to attempt to reach an agreement on arbitration without court intervention before the motion was filed.

Defendant Dr. Cassius Scott intends to file a joinder to the motion seeking to compel arbitration of the claims asserted against him as well. As such, all parties agree it is in their best interests to determine whether this case will be litigated in this Court or in arbitration as soon as possible and request the hearing on the motion be set for an earlier date. The parties believe an earlier ruling on the motion could also conserve this Court's judicial resources.

The parties stipulate to and request the Court order the following briefing and hearing scheduled associated with the motion to compel arbitration:

Opposition to be filed by March 8, 2022;

Reply to be filed by March 21, 2022;

Hearing on March 31, 2022 or as soon as possible thereafter subject to the Court's availability.

**IT IS SO STIPULATED.**

DATED: February 18, 2022       BUTY & CURLIANO LLP

By:   /S/ *Ondrej Likar*
      JASON J. CURLIANO
      ONDREJ LIKAR
      Attorneys for Defendants:
      KAISER FOUNDATION HOSPITALS and
      THE PERMANENTE MEDICAL GROUP, INC.

DATED:  February 18, 2022       HASSARD BONNINGTON LLP

By:   /S/ *J. Hansen-Arenas* [authorized 2/19/22]
      JAMES GOODMAN
      J. JULIA HANSEN-ARENAS
      Attorneys for Defendant:
      CASSIUS SCOTT, M.D.

**ALL PARTIES' STIPULATION TO ADVANCE THE DATE OF HEARING ON KAISER FOUNDATION HOSPITALS' AND THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO COMPEL ARBITRATION; AND ORDER**

DATED: February 18, 2022						C.A. GOLDBERG, PLLC

									By: __/S/ *A. DeCarlo* [authorized 2/19/22]__
									     AURORE DECARLO
									     Attorneys for Plaintiff:
									     MOLLIE WINNINGER

### ORDER

Pursuant to the parties' stipulation, the hearing on the motion to compel arbitration of plaintiff's claims will be moved from June 9, 2022 and instead will be heard on ___April 21, 2022___, at __2:00 p.m.__, in Courtroom 2 on the 4th Floor of the Northern District of California of the United States District Court, located at 1301 Clay Street, in Oakland, California, before Judge Haywood S. Gilliam Jr.

Any opposition will be due on March 8, 2022

Any reply(ies) will be due on March 21, 2022.

**IT IS SO ORDERED.**

Dated: February 23, 2022

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

**ALL PARTIES' STIPULATION TO ADVANCE THE DATE OF HEARING ON KAISER FOUNDATION HOSPITALS' AND THE PERMANENTE MEDICAL GROUP, INC.'S MOTION TO COMPEL ARBITRATION; AND ORDER**