HASSARD BONNINGTON LLP
James M. Goodman, Esq. (#65972) jmg@hassard.com
J. Julia Hansen-Arenas, Esq. (#225697) jjh@hassard.com
275 Battery Street, Suite 1600
San Francisco, California  94111-3370
Telephone:  (415) 288-9800
Fax:  (415) 288-9801

Attorneys for Defendant
CASSIUS SCOTT, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CASSIUS SCOTT, as an individual, KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 4:21-cv-04689-HSG<br><br>**ADMINSTRATICE MOTION AND ORDER TO RESCHEDULE HEARING ON DEFENDANT CASSIUS SCOTT, M.D.'S MOTION TO COMPEL INDEPENDENT PHYSICAL EXAMINATION OF PLAINTIFF MOLLIE WINNINGER**<br><br>Judge Haywood S. Gilliam, Jr.<br>Oakland Courthouse,<br>4th Floor, Courtroom 2<br>1301 Clay Street<br>Oakland, California |

1. The hearing on defendant Cassious Scott, M.D.'s (hereinafter, "defendant" or "Dr. Scott") Motion to Compel Independent Physical Examination of Plaintiff Mollie Winninger (hereinafter, defendant's "Motion to Compel IME") is currently scheduled for July 7, 2022 at 2:00 p.m. in Courtroom 2 of the United States District Court, Northern District of California, located at 1301 Clay Street, 4th Floor, Oakland, California.

2. I respectfully request that the court move the hearing to **May 19, 2022**, or another date convenient for the court within one week of May 19, 2022.

3. I have not already asked the court to change this hearing date.

4. The change is necessary because trial in this matter is currently set to commence on November 7, 2022. In advance thereof, certain pre-trial deadlines are rapidly approaching. Specifically, Expert discovery is set to close on August 30, 2022. In addition, the exchange of opening expert reports is currently set for July 29, 2022. Furthermore, fact discovery is set to close on May 20, 2022. Defendant respectfully request that his Motion to Compel IME be heard on May 19, 2022 to permit sufficient time to complete the requested IME, and allow sufficient time for defendant's expert to prepare their expert report, prior to the expiration of the aforementioned pre-trial deadlines.

5. I do not believe changes with deadline will affect any other deadlines.

6. As of the date of this request, the opposing side has not agreed to this change. I tried to obtain the opposing party's agreement to this change, but was unsuccessful. Specifically, on May 2, 2022, I emailed plaintiff's counsel and requested that they stipulate to advance the hearing on defendant's Motion to Compel IME to May 19, 2022. However, plaintiff's counsel did not immediately reply to my email.

7. I declare under penalty of perjury that the above statements are true and correct.

Dated:  May 3, 2022

HASSARD BONNINGTON LLP

By: _____
J. Julia Hansen-Arenas
Attorneys for Defendant
CASSIUS SCOTT, M.D.

## **ORDER**

The motion is DENIED.

Date: 5/10/2022



_____
UNITED STATES DISTRICT JUDGE

ADMINSTRATICE MOTION AND ORDER TO RESCHEDULE HEARING ON DEFENDANT CASSIUS SCOTT, M.D.'S MOTION TO COMPEL INDEPENDENT PHYSICAL EXAMINATION OF PLAINTIFF MOLLIE WINNINGER
C:\Users\kij\ND Office Echo\VAULT-DYC5R1ST\Administrative Motion to Advance Hearing on MTC IME 4857-8149-8142 v.1.docx-5322