# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>CASSIUS SCOTT, as an individual, KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>               Defendants. | Case No.: 4:21-cv-04689-HSG<br><br>**ORDER**<br><br>Judge Haywood S. Gilliam, Jr.<br>Oakland Courthouse,<br>4th Floor, Courtroom 2<br>1301 Clay Street<br>Oakland, California |

## ORDER

Upon consideration of Plaintiff's Motion for Voluntary Dismissal of Defendant Cassius Scott, and for good cause appearing, it is hereby ORDERED that Defendant Cassius Scott is dismissed from this action with prejudice.

**SO ORDERED**.

Dated: March 26, 2025

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge
Oakland Courthouse,
4th Floor, Courtroom 2
1301 Clay Street
Oakland, California