# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIE WINNINGER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CASSIUS SCOTT, as an individual, KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>　　　　　　　Defendants. | Case No.: 4:21-cv-04689-HSG<br><br>**ORDER**<br><br>Judge Haywood S. Gilliam, Jr.<br>Oakland Courthouse,<br>4th Floor, Courtroom 2<br>1301 Clay Street<br>Oakland, California |

**ORDER**

Upon consideration of Plaintiff's Motion for Dismissal and for good cause appearing, it is hereby ORDERED that the Action is dismissed with prejudice, each party bearing their own costs.

**SO ORDERED**.

Dated: 6/13/2025

*/s/ Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Oakland Courthouse,
4th Floor, Courtroom 2
1301 Clay Street
Oakland, California